**HENNESSY LAW GROUP**
1217 L Street
Bakersfield, California 93301
Telephone (661) 237-7179
Timothy P. Hennessy, State Bar No. 286317

Attorney for:
CHARLES BARRETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES BARRETT,<br><br>        Defendant. | Case No.: 1:22-cr-00213-JAM-BAM<br><br>**DEFENDANT CHARLES BARRETT'S FORMAL OBJECTIONS TO PRESENTENCE REPORT**<br><br>DATE: May 21, 2024<br>TIME: 9:00 A.M.<br>JUDGE: Senior District Judge John A. Mendez |

    Charles Barrett respectfully submits the following formal objections to the Presentence Report:

1) Reference to any arrests or other criminal conduct that was dismissed as irrelevant and prejudicial to Mr. Barrett;
2) The Offense Conduct as outlined in paragraphs 4 through 31. The court will be asked to rely upon the testimony provided at trial;
3) Force as to Counts 1 and 3: The defense objects to the +4 increase pursuant to USSG Sec. 2.A3.1(b)(1)(a);
4) Obstruction as to Counts 1,2,3: The defense objects to the +2 increase pursuant to USSG Sec. 3C1.1. This conduct was not testified to at jury trial and entirely speculative;
5) The defense objects to the criminal history score of 9 in paragraph 109 as overstated;
6) The defense objects to any victim impact statements other than what will be provided by K.G.

1

Dated: May 7, 2024                            Respectfully submitted,

                                                  */s/ Timothy P. Hennessy*
                                                  Attorney for Mr. Barrett


                                                  */s/ David Torres*
                                                  Attorney for Mr. Barrett