Hennessy Law Group
Timothy P. Hennessy, SBN286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email: tph@hennessyatlaw.com

Attorney for:
CHARLES BARRETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00213-JAM-BAM |
| Plaintiff, | NOTICE OF RESPONSE TO UNITED STATES SUPPLEMENTAL SENTENCING MEMORANDUM |
| CHARLES BARRETT, | |
| Defendants. | |

TO: THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE

EASTERN DISTRICT OF CALIFORNIA:

Defendant, Charles Barrett, by and through his attorney, Timothy Hennessy, hereby

submits a declaration of counsel.

/

//

///

DATED: June 3, 2024

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Charles Barrett

**DECLARATION**

I, Timothy Hennessy, declare that I am an attorney licensed to practice in the State of California and in good standing. I am counsel of record for defendant, Charles Barrett. I have personal knowledge of the facts states below and could testify competently to them if required.

1.  Counsel reviewed the government's filing and related phone calls;

2.  Counsel notes that the call made on May 13, 2024, was prior to the original sentencing date of May 21, 2024, Mr. Barrett demonstrates an understanding of the PSR after having gone over it with Counsel. This supports why Counsel had believed Mr. Barrett understood what was contained in the PSR at the time of the original sentencing date.

Dated: June 3, 2024,                              Respectfully Submitted,

                                                  */s/ Timothy Hennessy*
                                                  Timothy Hennessy
                                                  Attorney for Charles Barrett

2